IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CAROL L DELANIE,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

Defendant.

**8:21CV247**

**ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 18). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with all parties to pay their own costs and attorney fees.


Dated this 19th day of October, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge